UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRE C. MINOR,

    Plaintiff,

v.                                           CASE NO. 8:21-cv-2236-SDM-CPT

OLIPHANT FINANCIAL, LLC,

    Defendant.
_____/

**ORDER**

    Under Local Rule 1.08, each paper must use as a font in the main text at least thirteen-point Book Antiqua, Calisto MT, Century Schoolbook, Georgia, or Palatino — or fourteen-point Times New Roman.  A review reveals that the complaint (Doc. 1) uses in the main text twelve-point Times New Roman.  Counsel for the plaintiff is reminded to comply with the Local Rules in a future paper and is warned that further failure to comply will result in an order striking the paper.

    ORDERED in Tampa, Florida, on January 18, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE